

ACCEPTED
15-25-00093-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/4/2025 9:18 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/4/2025 9:18:00 PM
CHRISTOPHER A. PRINE
Clerk

Kennon Wooten
Direct Dial: 512.495.6341
kwooten@scottdoug.com

June 4, 2025

SENT VIA E-FILE

Christopher A. Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711
www.txcourts.gov/15thcoa
512-463-1610

In Re:   Court of Appeals Number: 15-25-00093-CV
Trial Court Case Number: 2025CI07833

*State of Texas v. City of San Antonio, Ron Nirenberg, in his official capacity as Mayor of the City of San Antonio, and Erik Walsh, in his official capacity as City Manager of the City of San Antonio*

Dear Mr. Prine:

Earlier this evening, Appellant filed a Motion for Temporary Relief ("Motion"). This is an appeal of a trial court order granting Appellees' plea to the jurisdiction based on ripeness. "[T]he trial court granted the . . . plea to the jurisdiction without hearing [Appellant's] temporary injunction." Motion at 7. Accordingly, there is no underlying order on the merits of the temporary injunctive relief that Appellant sought in the trial court and now seeks through its Motion.

Appellees oppose this Motion and Appellant has "not file[d] this [M]otion as an emergency motion," Motion at 3; therefore, Appellees construe the Court's Internal Operating Procedures (available at https://www.txcourts.gov/media/1459237/15th-general-operating-procedures-v2.pdf) to mean that this Motion will be held for ten (10) days. If this Motion is not denied outright by the end of this week, Appellees intend to file a response to this Motion by Friday, June 13, 2025 or by the filing deadline set by the Court, if the Court sets such a deadline.

Best regards,

Kennon L. Wooten
*Attorney for Appellees*

4912-4892-5258

Christopher A. Prine, Clerk
June 4, 2025
Page 2


KLW:jk

CC:     VIA ELECTRONIC SERVICE
        Sara Baumgardner (sara.baumgardner@oag.texas.gov)
        Amy Snow Hilton (amy.hilton@oag.texas.gov)
        Katherine Pitcher (katherine.pitcher@oag.texas.gov)
        Lauren Ditty (lditty@scottdoug.com)
        Deborah Lynne Klein (deborah.klein@sanantonio.gov)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jordan Kadjar on behalf of Kennon Wooten
Bar No. 24046624
jkadjar@scottdoug.com
Envelope ID: 101639731
Filing Code Description: Letter
Filing Description: Appellees' Letter Re Motion for Relief
Status as of 6/5/2025 7:07 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kennon Wooten | 24046624 | kwooten@scottdoug.com | 6/4/2025 9:18:00 PM | SENT |
| Deborah Klein | 11556750 | Deborah.Klein@sanantonio.gov | 6/4/2025 9:18:00 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 6/4/2025 9:18:00 PM | SENT |
| Lauren Ditty | 24116290 | lditty@scottdoug.com | 6/4/2025 9:18:00 PM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 6/4/2025 9:18:00 PM | SENT |
| Carla Matheson | | cmatheson@scottdoug.com | 6/4/2025 9:18:00 PM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 6/4/2025 9:18:00 PM | SENT |
| Amy Hilton | 24097834 | Amy.Hilton@oag.texas.gov | 6/4/2025 9:18:00 PM | SENT |
| Katherine Pitcher | 24143894 | katherine.pitcher@oag.texas.gov | 6/4/2025 9:18:00 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sara Baumgardner | | sara.baumgardner@oag.texas.gov | 6/4/2025 9:18:00 PM | SENT |